**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

**Case Number:** 21-00087 JAF
**Case Name:** George Glick

**Period Ending:** 12/31/21

**Trustee:** Doreen Abbott
**Filed (f) or Converted (c):** 01/14/21 (f)
**§341(a) Meeting Date:** 02/26/21
**Claims Bar Date:** NOT YET SET

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | AUTOS, TRUCKS, TRAILERS, OTHER VEHICLES, ACCESS.<br><br>Chevy Equinox 2015 100000 miles | 9,475.00 | 0.00 | | 0.00 | FA |
| 2 | HOUSEHOLD GOODS AND FURNISHINGS<br>Dresser--client rents furnished apartment | 40.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS<br>TV 32'<br>cell phone | 80.00 | 0.00 | | 0.00 | FA |
| 4 | WEARING APPAREL<br>Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 5 | FINANCIAL ACCOUNTS<br>Checking account: Wells Fargo | 0.00 | 0.00 | | 0.00 | FA |
| 6 | 2020 INCOME TAX REFUND (u) | 0.00 | 3,573.00 | | 0.00 | 3,573.00 |
| **TOTALS** (Excluding Unknown Values) | | **$9,695.00** | **$3,573.00** | | **$0.00** | **$3,573.00** |

**Major activities affecting case closing:**
NO ATTORNEY EMPLOYED
POSSIBLE TAX REFUND ONLY ASSET
REQUEST FOR COPY OF 2020 TAX RETURN SENT 2/2/21
LETTER TO DEBTOR REQUESTING TURNOVER OF 2020 TAX REFUND OF $3,573 SENT 3/27/21
1/17/22 - FOLLOW UP EMAIL TO ATTORNEY RE STATUS OF TURNOVER OF TAX REFUND BEFORE FILING MOTION FOR TURNOVER AND SETTING FOR HEARING

**Initial Projected Date of Final Report (TFR):** March 01, 2023        **Current Projected Date of Final Report (TFR):** March 01, 2023

Page: 1

# Form 2
## Cash Receipts and Disbursements Record

No Accounts for this Case